# UNITED STATES COURT OF APPEALS FOR THE SEVENTH CIRCUIT



Everett McKinley Dirksen
United States Courthouse
Room 2722 - 219 S. Dearborn Street
Chicago, Illinois 60604

Office of the Clerk
Phone: (312) 435-5850
www.ca7.uscourts.gov

**ORDER**

December 17, 2024

*By the Court:*

| | |
|---|---|
| No. 24-3259 | TAHINA CORCORAN, as next friend on behalf of JOSEPH E. CORCORAN,<br>    Petitioner - Appellant<br><br>v.<br><br>RON NEAL,<br>    Respondent - Appellee |
| **Originating Case Information:** | |
| District Court No: 3:24-cv-00970-JD<br>Northern District of Indiana, South Bend Division<br>District Judge Jon E. DeGuilio | |

Upon consideration of the **PETITIONER-APPELLANT'S PETITIONN FOR REHEARING AND SUGGESTION FOR REHEARING EN BANC**, filed on December 17, 2024, by counsel for the appellant,

**IT IS ORDERED** that appellee shall file a response to the petition for rehearing en banc by 1:00 PM today, Tuesday, December 17.


form name: **c7_Order_BTC**    (form ID: **178**)